# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

JOHNATHAN RAYMOND CHISHOLM,

    Plaintiff,

v.                             CV417-234

CHATHAM COUNTY SHERRIF'S DEPARTMENT, *et al.*,

    Defendants.

## ORDER

*Pro se* plaintiff Johnathan Chisholm has filed this 42 U.S.C. § 1983 case alleging that he was subjected to excessive force by an officer at Chatham County Detention Center. Doc. 1 at 3. When he filed his Complaint he neither paid the Court's required filing fee nor moved for leave to proceed *in forma pauperis* (IFP). The Clerk notified him that, unless he either paid the fee or moved to proceed IFP within 21 days, his case was subject to dismissal. Doc. 2. Chisholm has timely returned the Court's form IFP motion. Doc. 3. He has not, however, provided any of the information the form requires. *Id.*

Chisholm must *complete* the form, answering *all* its questions, so

1

that the Court can determine whether he is entitled to proceed IFP. Accordingly, Chisholm must complete and resubmit his IFP Motion within thirty days of the date this Order is served. The Clerk is **DIRECTED** to serve with this Order a blank IFP form for his convenience. **Failure to comply with this Order within thirty days from the date it is served shall result in a recommendation that this case be dismissed.**

**SO ORDERED**, this 20th day of December, 2017.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA