# United States District Court
## *Southern District of Georgia*

JONATHAN RAYMOND CHISHOLM,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:17-cv-234

OFFICER FAZION; and CHATHAM
COUNTY SHERIFFS DEPARTMENT,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with this Court's order dated January 15, 2019, adopting the Magistrate Judge's

Report and Recommendation as the opinion of this Court, the Plaintiff's Complaint is dismissed

without prejudice. This case stands closed.

Approved by: _____

1/24/2019
_____
Date

Scott L. Poff
_____
Clerk

_____
(By) Deputy Clerk